FILED 28 MAR '22 10:19 USDC-ORP

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## _____ DIVISION

Elijah Maluhia Kaneakua

*(Enter full name of plaintiff(s))*

**Plaintiff(s),**

v.

Josias Salazar

K. Donoho, Kimberley Cushman PA
*(Enter full name of ALL defendant(s))*

**Defendant(s).**

Civil Case No.  3:22-cv-00477-MO
*(to be assigned by Clerk of the Court)*

**APPLICATION TO PROCEED**
***IN FORMA PAUPERIS***

I, **Elijah Kaneakua** , declare that I am the plaintiff in the above-entitled proceeding. In support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor, and that I am entitled to the relief sought in the complaint or petition.

In support of this application, I answer the following questions:

1.   Are you currently incarcerated?   ☒ Yes     ☐ No

If "Yes," state the place of your incarceration:   FDC Honolulu

**If "Yes" and you are filing a civil action or habeas corpus proceeding, have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account showing transactions for the past six (6) months.**

2.   Are you currently employed?   ☐ Yes ☐ No   ☐ Self-employed

a.   If the answer is "Yes," state:

Employer's name: _____

Employer's address: _____

Amount of take-home pay or wages: $_____ per _____ *(specify pay period)*

b.    If the answer is "No," state:

Name of last employer: __FCI Sheridan__

Address of last employer: __P.O Box 6000, Sheridan, OR 97378__

Date of last employment: __November 2021__

Amount of take-home salary or wages: $____55____ per __month__ *(specify pay period)*

3.    Is your spouse employed?  ☐ Yes  ☐ No  ☐ Self-employed  ☒ Not applicable

a.    If the answer is "Yes," state:

Employer's name: _____

Employer's address: _____

Amount of take-home pay or wages:  $_____ per _____ *(specify pay period)*

b.    Do you have access to your spouse's funds to pay the filing fee in this case?  ☐ Yes  ☒ No

Please explain your answer below:

_____
_____
_____
_____
_____

c.    If your spouse's income or assets are available to you to pay the filing fee in this case, would your spouse have enough money left to pay for his or her own expenses?

☐ Yes  ☐ No    If the answer is "No," please explain below:

__Not Applicable__
_____
_____
_____
_____

4.    In the past 12 months have you received any money from any of the following sources?

a.    Business, profession, or other self-employment  ☐ Yes  ☒ No

If "Yes," state:  Amount received:            $ _____

Amount expected in future:    $ _____

b.    Rent payments, interest, or dividends        ☐ Yes  ☒ No

If "Yes," state:  Amount received:            $ _____

Amount expected in future:    $ _____

    c.    Pensions, annuities, or life insurance payments  ☐ Yes  ☒ No

        If "Yes," state:  Amount received:        $ _____

                  Amount expected in future:    $ _____

    d.    Disability or workers' compensation payments  ☐ Yes  ☒ No

        If "Yes," state:  Amount received:        $ _____

                  Amount expected in future:    $ _____

    e.    Gifts or inheritances                      ☐ Yes  ☒ No

        If "Yes," state:  Amount received:        $ _____

                  Amount expected in future:    $ _____

    f.    Any other sources                       ☐ Yes  ☒ No

        If "Yes," state:  Source: _____

                  Amount received:        $ _____

                  Amount expected in future:    $ _____

5.    Do you have cash or checking or savings accounts?  ☐ Yes  ☒ No
(including prison trust accounts)?

    If "Yes," state the total amount: $ _____

6.    Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles, or other valuable property?  ☐ Yes  ☒ No

    If "Yes," describe the asset(s) and state the value of each asset listed:

    _____

    _____

    _____

    _____

7.    Do you have any other assets?    ☐ Yes  ☒ No

    If "Yes," list the asset(s) and state the value of each asset listed:

    _____

    _____

    _____

    _____

    _____

    _____

8.  Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses?        ☐  Yes  ☒  No

    If "Yes," describe and provide the amount of the monthly expense:

    _____
    _____
    _____
    _____
    _____
    _____
    _____

9.  List the persons (or, if under 18, initials only) who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support:
    __None_____
    _____
    _____
    _____
    _____
    _____
    _____

10. Do you have any debts or financial obligations?    ☐  Yes  ☒  No

    If "Yes," describe the amounts owed and to whom they are payable:

    _____
    _____
    _____
    _____
    _____
    _____

**If I am incarcerated and filing a prisoner civil rights complaint, I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court, payments toward the full filing fee of $350.00 for a prisoner civil rights complaint, in accordance with 28 U.S.C. § 1915(b).**

I declare under penalty of perjury that the above information is true and correct.

March 18, 2022          _____
DATE                    SIGNATURE OF APPLICANT

                        Elijah Maluhia Kaneakua
                        _____
                        PRINTED NAME OF APPLICANT

Revised March 1, 2017
Page 4                                              USDC - Oregon

## CERTIFICATE

(To be completed by the institution of incarceration.)

I certify that *ELISHA MALUHIA KANEAKUA* (name of applicant) has the sum of $ *2.50*

on account to his/her credit at *FDC HONOLULU* (name of institution). I

further certify that during the past six months the applicant's average monthly balance was $ *121.44*.

I further certify that during the past six months the average of monthly deposits to the applicant's account

was $*200.00* .

**I have attached a certified copy of the applicant's trust account statement showing the transactions for the past six months.**

*3/21/22*
DATE

SIGNATURE OF AUTHORIZED OFFICER

Date: 03/21/2022
Time: 8:59:16 AM

Federal Bureau of Prisons
TRUFACS
**View Inmate Transactions**
Sensitive But Unclassified

Facility: HON

**Criteria:** Search Criteria Results

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | Transaction Type | Amount | Reference# | Receipt# | Payment# | Balance |
|-----------|-------------|-------------|----------|---------|------------------|--------|------------|----------|----------|---------|
| 03/19/2022 04:26:55 PM | 10286022 | KANEAKUA, ELIJAH MALUHIA | HON | TFXTL | TRUL Withdrawal | ($5.00) | TL0319 | | | $3.50 |
| 03/10/2022 02:47:43 PM | 10286022 | KANEAKUA, ELIJAH MALUHIA | HON | TFXTL | TRUL Withdrawal | ($5.00) | TL0310 | | | $8.50 |
| 03/09/2022 12:58:40 PM | 10286022 | KANEAKUA, ELIJAH MALUHIA | HON | TF34143 | FRP Single Pymt | ($96.26) | XFRP0322 | | | $13.50 |
| 03/08/2022 07:30:03 AM | 10286022 | KANEAKUA, ELIJAH MALUHIA | HON | TF34190 | Sales - No FP (Non-FP Institution) | ($36.40) | 12 | | | $109.76 |
| 03/05/2022 12:40:34 PM | 10286022 | KANEAKUA, ELIJAH MALUHIA | HON | TFXTL | TRUL Withdrawal | ($10.00) | TL0305 | | | $146.16 |
| 03/01/2022 02:03:46 PM | 10286022 | KANEAKUA, ELIJAH MALUHIA | HON | TFXTL | TRUL Withdrawal | ($10.00) | TL0301 | | | $156.16 |
| 03/01/2022 09:52:43 AM | 10286022 | KANEAKUA, ELIJAH MALUHIA | HON | TF34190 | Sales - No FP (Non-FP Institution) | ($86.15) | 88 | | | $166.16 |
| 02/27/2022 07:52:30 AM | 10286022 | KANEAKUA, ELIJAH MALUHIA | HON | TFXTL | TRUL Withdrawal | ($10.00) | TL0227 | | | $252.31 |
| 02/25/2022 10:26:16 AM | 10286022 | KANEAKUA, ELIJAH MALUHIA | HON | TFXTL | TRUL Withdrawal | ($10.00) | TL0225 | | | $262.31 |
| 02/24/2022 01:34:09 PM | 10286022 | KANEAKUA, ELIJAH MALUHIA | HON | TFXTL | TRUL Withdrawal | ($10.00) | TL0224 | | | $272.31 |
| 02/24/2022 09:59:36 AM | 10286022 | KANEAKUA, ELIJAH MALUHIA | HON | TF34190 | Sales - No FP (Non-FP Institution) | $1.50 | 100 | | | $282.31 |

Date: 03/21/2022
Time: 8:59:16 AM

Federal Bureau of Prisons
TRUFACS
**View Inmate Transactions**
Sensitive But Unclassified

Facility: HON

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | Transaction Type | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/23/2022 06:48:43 AM | 10286022 | KANEAKUA, ELIJAH MALUHIA | HON | TF34190 | Sales - No FP (Non-FP Institution) | ($57.65) | 20 | | | $280.81 |
| 02/22/2022 12:53:54 PM | 10286022 | KANEAKUA, ELIJAH MALUHIA | HON | TFXTL | TRUL Withdrawal | ($30.00) | TL0222 | | | $338.46 |
| 02/22/2022 05:06:18 AM | 10286022 | KANEAKUA, ELIJAH MALUHIA | HON | amservic | Western Union | $200.00 | 33322053 | | | $368.46 |
| 02/20/2022 01:11:45 PM | 10286022 | KANEAKUA, ELIJAH MALUHIA | HON | TFXTL | TRUL Withdrawal | ($5.00) | TL0220 | | | $168.46 |
| 02/15/2022 07:50:47 AM | 10286022 | KANEAKUA, ELIJAH MALUHIA | HON | TFXTL | TRUL Withdrawal | ($10.00) | TL0215 | | | $173.46 |
| 02/09/2022 09:01:28 AM | 10286022 | KANEAKUA, ELIJAH MALUHIA | HON | TF34190 | Sales - No FP (Non-FP Institution) | ($4.50) | 30 | | | $183.46 |
| 02/09/2022 03:10:23 AM | 10286022 | KANEAKUA, ELIJAH MALUHIA | HON | Sentry | Transfer - In from TRUFACS | $5.25 | TX020922 | | | $187.96 |
| 01/28/2022 07:39:19 AM | 10286022 | KANEAKUA, ELIJAH MALUHIA | HON | TFXTL | TRUL Withdrawal | ($5.00) | TL0128 | | | $182.71 |
| 01/25/2022 08:22:17 AM | 10286022 | KANEAKUA, ELIJAH MALUHIA | HON | TF34190 | Sales - No FP (Non-FP Institution) | ($4.10) | 46 | | | $187.71 |
| 01/24/2022 07:55:44 AM | 10286022 | KANEAKUA, ELIJAH MALUHIA | HON | TFXTL | TRUL Withdrawal | ($10.00) | TL0124 | | | $191.81 |
| 01/23/2022 12:05:50 PM | 10286022 | KANEAKUA, ELIJAH MALUHIA | HON | amservic | Western Union | $200.00 | 33322023 | | | $201.81 |
| 01/11/2022 03:11:05 AM | 10286022 | KANEAKUA, ELIJAH MALUHIA | HON | Sentry | Transfer - In from TRUFACS | $1.81 | TX011122 | | | $1.81 |

Date: 03/21/2022
Time: 8:59:16 AM

Federal Bureau of Prisons
TRUFACS
**View Inmate Transactions**
Sensitive But Unclassified

Facility: HON

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | Transaction Type | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | **Total Number Transactions: 23** | |