FILED 28 MAR '22 10:19 USDC-ORP

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

Elijah Maluhia Kaneakua

*(Enter full name of plaintiff)*

Plaintiff,

v.

Josias Salazar

K. Donoho, NP-C

Kimberley Cushman, PA-C

*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. 3:22-cv-00477-MO

(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded

☐ Yes    ☒ No

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**    Name: Elijah Maluhia Kaneakua

Street Address: FDC Honololulu, PO Box 30080

City, State & Zip Code: Honolulu, Hawaii 96820

Telephone No.: None

Complaint for Violation of Civil Rights (Prisoner Complaint)    1
[Rev. 01/2018]

**Defendant No. 1**    Name: Josias Salazar

Street Address: P.O. Box 6000

City, State & Zip Code: Sheridan, OR 97378

Telephone No.: Unknown


**Defendant No. 2**    Name: K. Donoho, NP-C

Street Address: P.O. Box 6000

City, State & Zip Code: Sheridan, OR 97378

Telephone No.: Unknown


**Defendant No. 3**    Name: Kimberley VCushman, PA-C

Street Address: P.O. Box 6000

City, State & Zip Code: Sheridan, OR 97378

Telephone No.: Unknown


**Defendant No. 4**    Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____


## II.  BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.  You are bringing suit against (*check all that apply*):

[X] Federal officials (a *Bivens* claim)

[ ] State or local officials (a § 1983 claim)

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

8th Amendment protection against cruel and unusual punishment.

### III. STATEMENT OF CLAIMS

#### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

On 8/10/2021, the Plaintiff was seen by Health Services personnel (Defendant's Donoho and Cushman) at FCI Sheridan. The Plaintiff was examined for a Pre-Auricular Cyst on the right side of his face. The cyst was/is severely infected. The Defendant's told the Plaintiff that a consultation had been scheduled to examine and schedule an operation for the removal of the cyst. The Plaintiff never received further treatment as he waited for the consultation. After 5 months without being sent to a specialist, the Plaintiff was abruptly transferred to FDC Honolulu. Bureau of Prisons policy

***STATEMENT OF FACTS CONTINUED ON 3A***

#### Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Complaint for Violation of Civil Rights (Prisoner Complaint)
[Rev. 01/2018]

3

STATEMENT OF FACTS CLAIM I CONTINUED

states that an inmate that been placed on "Medical Hold" cannot be transferred. The Plaintiff was on Medical Hold pending the consultation ordered by Defendant's Donoho and Cushman. However, the Plaintiff was sent to FDC Honolulu regardless. The Plaintiff arrived at FDC Honolulu on January 18, 2022. He has again been placed on Medical Hold and a consultation has been ordered.

The Plaintiff suffers greatly from the pain caused by the cyst. It is constantly infected and must be drained every 2-3 days. Draining the cyst is particularly painful.

_____

_____

_____

_____

_____

_____

_____

### Claim III

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

_____

_____

_____

_____

_____

_____

_____

_____

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

Complaint for Violation of Civil Rights (Prisoner Complaint)                    4
[Rev. 01/2018]

## IV.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me. Note: As the Plaintiff is no longer at FCI Sheridan, no administrative remedies are available to him.

☒Yes          ☐No

## V.  RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking.  Make no legal arguments.  Cite no cases or statutes.*

Award the Plaintiff $150,000 in damages due to pain and suffering at the hands of the Defendant's due to their refusal to provide care and transferring the Plaintiff while he was still under their care and on Medical Hold.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __18__ day of __March_____, 20__22__.

_____
*(Signature of Plaintiff)*